# Court of Appeals
# of the State of Georgia

ATLANTA, __October 21, 2021__

*The Court of Appeals hereby passes the following order:*

**A21A1716. JAMEZ BRYANT v. THE STATE.**

In 2018, Jamez Bryant entered a guilty plea to two counts of enticing a child for indecent purposes, and an order of nolle prosequi was entered on twelve remaining counts. Following entry of this plea, Bryant has filed successive motions to withdraw his plea for an out-of-time appeal. The trial court has denied the motions, and Bryant has filed multiple appeals, which we have dismissed. See Case Nos. A20A0052, dismissed Aug. 5, 2019; A20A0147, dismissed April 21, 2020; A21A1377, dismissed June 9, 2021. On January 19, 2021, the trial court entered its fourth order denying Bryant's motion for out-of-time appeal, and Bryant filed this appeal.

As we have repeatedly explained to Bryant, he is not entitled to litigate the same issue ad infinitum.[1] See *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Williams v. State*, 335 Ga. App. 468, 469 (1) (781 SE2d 791) (2016) (the dismissal of a prior appeal acts as res judicata); *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) (dismissal of prior appeal precludes subsequent appellate review under the law of the case rule). Accordingly, this appeal is hereby DISMISSED. Bryant's motion to remand is DISMISSED as MOOT.

---

[1] In the June 9 order, we deemed Bryant's appeal frivolous, and we cautioned him that future such filings will result in sanctions. We note, however, that Bryant filed this notice of appeal on February 8, 2021, before we issued the June 9 order. Under these circumstances, we decline to sanction Bryant at this juncture. But this appeal also is deemed frivolous, and any future frivolous filings in this Court will result in the imposition of sanctions.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __10/21/2021__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*